Opinion issued February 22, 2007

 





 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-01044-CR

____________


IN RE ADAM FORD, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Adam Ford, filed in this Court a pro se petition for writ of
mandamus complaining that respondent (1) has not ruled on a petition for writ of
mandamus that relator filed in the district court of Walker County. We deny the
petition.

 We may issue all writs of mandamus. agreeable to the principles of law
regulating those writs, against a judge of a district court or a county court in our
district TEX. GOV'T ANN § 22.221 (b) (Vernon Supp. 2006). The First Court of
Appeals District is composed of the counties of Austin, Brazoria, Chambers,
Colorado, Fort Bend, Galveston, Grimes, Harris, Waller and Washington. TEX.
GOV'T ANN § 22.201 (b) (Vernon Supp. 2006). 

 The petition for writ of mandamus is dismissed for lack of jurisdiction.

 It is so ORDERED.

PER CURIAM


Panel consists of Justices Taft, Keyes, and Hanks.

Do not publish. Tex. R. App. P. 47.2(b).
1. Respondent is the Honorable E. Ernst, retired Judge, Walker County.